**David M. Schoeggl, OSB # 050317**
Email: dschoeggl@mms-seattle.com
**Stephania Denton, admitted *pro hac vice***
Email: sdenton@mms-seattle.com
**MILLS MEYERS SWARTLING**
1000 Second Ave, 30th Floor
Seattle, WA  98104
Telephone: 206-382-1000
Facsimile: 206-386-7343

Attorneys for Third-Party Defendant Industrial Indemnity Company



FILED
FEB 0 8 2011

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CENTURY INDEMNITY COMPANY, a
Pennsylvania corporation,

        Plaintiff,

v.

THE MARINE GROUP, LLC, a California limited
liability company, as affiliated with NORTHWEST
MARINE, INC., an inactive Oregon corporation,
as affiliated with NORTHWEST MARINE IRON
WORK, an inactive Oregon corporation,

        Defendants.

THE MARINE GROUP, LLC, a California limited
liability company, as affiliated with NORTHWEST
MARINE, INC., an inactive Oregon corporation,
as affiliated with NORTHWEST MARINE IRON
WORK, an inactive Oregon corporation; and BAE
SYSTEMS SAN DIEGO SHIP REPAIR, INC., a
California corporation,

        Third-Party Plaintiffs,

v.

Civil No. 3:08-CV-01375-AC

ORDER GRANTING MOTION TO
DISMISS CLAIMS AGAINST
THIRD-PARTY DEFENDANT
INDUSTRIAL INDEMNITY
COMPANY [PROPOSED]

ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST
THIRD-PARTY DEFENDANT INDUSTRIAL INDEMNITY
COMPANY [PROPOSED]
(3:08-CV-01375-AC) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

AGRICULTURAL INSURANCE COMPANY, and AGRICULTURAL SURPLUS AND EXCESS INSURANCE COMPANY, each an Ohio corporation; AMERICAN CENTENNIAL INSURANCE COMPANY, a Delaware corporation; CHICAGO INSURANGE COMPANY, an Illinois corporation; CENTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; INDUSTRIAL INDEMNITY COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; a New Jersey corporation; INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, each a foreign corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation; NEW ENGLAND REINSURANCE CORPORATION, a Connecticut corporation; OLD REPUBLIC INSURANCE COMPANY, an Illinois corporation; PACIFIC MUTUAL MARINE OFFICE, INC., a New York corporation; ROYAL INDEMNITY COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; WATER QUALITY INSURANCE SYNDICATE, a syndicate of foreign corporations; WEST COAST MARINE MANAGERS, INC., a New York corporation; and JOHN DOE INSURANCE COMPANIES,

      Third-Party Defendants.

ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST THIRD-PARTY DEFENDANT INDUSTRIAL INDEMNITY COMPANY [PROPOSED]
(3:08-CV-01375-AC) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

THIS MATTER is before the Court upon the agreed motion of the parties, and the Court being fully advised,

IT IS HEREBY ORDERED that pursuant to Fed. Rule Civ. P. 41(a)(2), the claims asserted in this action against Industrial Indemnity Company by third-party plaintiffs The Marine Group, LLC, Northwest Marine, Inc., Northwest Marine Iron Work, BAE Systems San Diego Ship Repair, Inc., and by third-party defendant and cross-claimant Argonaut Insurance Company, are hereby dismissed without prejudice, and without costs or fees to any party.

DATED THIS 2nd of February, 2011.

Judge/~~Commissioner~~
**John V. Acosta**
**U.S. Magistrate Judge**

PRESENTED BY:

/s/Christopher A. Rycewicz
Christopher A. Rycewicz
Hong N. Huynh
Miller Nash LLP
111 SW Fifth Ave, #3400
Portland, OR 97204
Tel: (503) 205-2485
Fax: (503) 224-0155
Email: chris.rycewicz@millernash.com
Email: hong.huynh@millernash.com

*Attorneys for BAE Systems San Diego Repair, Inc., Northwest Marine Iron Works, Northwest Marine, Inc., The Marine Group, LLC*

/s/David M. Schoeggl
David M. Schoeggl
Mills Meyers Swartling, PSC
1000 Second Avenue
30th Floor
Seattle, WA 98104-1064
Tel: (206) 382-1000
Fax: (206) 386-7343
Email: dschoeggl@mms-seattle.com

*Attorneys for Third-Party Defendant Industrial Indemnity Company*

ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST
THIRD-PARTY DEFENDANT INDUSTRIAL INDEMNITY
COMPANY [~~PROPOSED~~]
(3:08-CV-01375-AC) - 3

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

*/sJeffrey V. Hill*
Jeffrey V. Hill
Vicki M. Smith
Bodyfelt Mount LLP
707 SW Washington Street, Suite 1100
Portland, OR 97205-3528
Tel: (503) 243-1022
Fax: (503) 243-2019
Email: hill@bodyfeltmount.com
smith@bodyfeltmount.com

*Attorneys for Third-Party Defendant and
Cross-Claimant Argonaut Insurance Company*

ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST
THIRD-PARTY DEFENDANT INDUSTRIAL INDEMNITY
COMPANY [PROPOSED]
(3:08-CV-01375-AC) - 4

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343