SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
W. David Campagne, pro hac vice
dcampagne@spcclaw.com
Kenneth H. Sumner, pro hac vice
ksumner@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

COSGRAVE VERGEER KESTER LLP
Thomas W. Brown, OSB #801779
tbrown@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Tel: (503) 323-9000; Fax: (503) 323-9019

Attorneys for GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CENTURY INDEMNITY COMPANY,** Plaintiff, v. **THE MARINE GROUP, LLC, et al.,** Defendants. | CASE NO. 3:08-CV-01375-AC **DECLARATION OF KENNETH H. SUMNER IN SUPPORT OF GRANITE STATE'S AND INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION TO EXCLUDE EXPERTS DENNIS CONNOLLY AND ROBERT HUGHES** Pursuant to Fed. R. Evid. 702 Oral Argument Requested |

3:08-cv-01375-AC

I, Kenneth H. Sumner, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and admitted to practice pro hac vice in this case. I am a partner in the firm of Sinnott, Puebla, Campagne & Curet, APLC, counsel for Granite State Insurance Company ("Granite State") and Insurance Company of the State of Pennsylvania ("ICSOP") in this case. I am over 18 years of age and competent to testify as to the matters stated herein. I make this declaration in support of Granite State's and ICSOP's Motion to Exclude Experts Dennis Connolly and Robert Hughes. As one of the attorneys personally responsible for the above-captioned matter, I am familiar with the files and pleadings produced by the parties. I have personal knowledge of the following facts, and if called to do so, could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true, accurate, and authentic copy of Agricultural Insurance Company and Agricultural Excess and Surplus Insurance Company's Disclosure of Experts which includes the Expert Report of Dennis R. Connolly.

3. Attached hereto as Exhibit 2 is a true, accurate, and authentic copy of the Expert Report of Robert N. Hughes.

1   3:08-cv-01375-AC

DECLARATION OF KENNETH H. SUMNER
IN SUPPORT OF GRANITE STATE'S AND ICSOP'S MOTION TO EXCLUDE
DENNIS CONNOLLY AND ROBERT HUGHES

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2015 in San Francisco, California.

        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

        */s/ Kenneth H. Sumner*

Kenneth H. Sumner, pro hac vice
ksumner@spcclaw.com
W. David Campagne, pro hac vice
dcampagne@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224
Attorneys for GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

DECLARATION OF KENNETH H. SUMNER
IN SUPPORT OF GRANITE STATE'S AND ICSOP'S MOTION TO EXCLUDE
DENNIS CONNOLLY AND ROBERT HUGHES