**Christopher A. Rycewicz**
OSB No. 862755
christopher.rycewicz@millernash.com
**Hong N. Huynh**
OSB No. 984133
hong.huynh@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

*Attorneys for Defendants and Third-Party*
*Plaintiffs The Marine Group, LLC,*
*Northwest Marine, Inc., and Northwest*
*Marine Iron Works, and Third-Party Plaintiff*
*BAE Systems San Diego Ship Repair, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CENTURY INDEMNITY COMPANY**, | Case No. 3:08-cv-01375-AC |
| Plaintiff, | DECLARATION OF CHRISTOPHER A. RYCEWICZ IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS THE MARINE GROUP, LLC, NORTHWEST MARINE, INC., AND NORTHWEST MARINE IRON WORKS AND THIRD-PARTY PLAINTIFF BAE SYSTEMS SAN DIEGO SHIP REPAIR, INC.'S RESPONSE TO GRANITE STATE INSURANCE COMPANY AND INSURANCE |
| v. | |
| **THE MARINE GROUP, LLC**, *et al.*, | |
| Defendants. | |

Page 1 -    Declaration of Christopher A. Rycewicz in Support of Defendants and TPPs' Response to Granite State and Insurance Company of the State of Pennsylvania's Motion to Exclude Experts Dennis Connolly and Robert Hughes

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

**THE MARINE GROUP, LLC**, *et al.*,

        Third-Party Plaintiffs,

    v.

**AGRICULTURAL INSURANCE COMPANY**, *et al.*,

        Third-Party Defendants.

COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION TO EXCLUDE EXPERTS DENNIS CONNOLLY AND ROBERT HUGHES

I, Christopher A. Rycewicz, hereby declare and state as follows:

1. I am an attorney with the law firm Miller Nash Graham & Dunn LLP, and am lead counsel to third-party plaintiffs The Marine Group, LLC, Northwest Marine, Inc., Northwest Marine Iron Works, and BAE Systems San Diego Ship Repair, Inc. (collectively, "TPPs"), in the above captioned insurance coverage dispute.

2. I have personal knowledge of the facts contained in this declaration and could competently testify to them if called as a witness.

3. I make this declaration in support of TPPs' Response to Granite State Insurance Company and Insurance Company of the State of Pennsylvania's Motion to Exclude Experts Dennis Connolly and Robert Hughes.

4. On or about April 9, 2015, Granite State Insurance Company and the Insurance Company of the State of Pennsylvania, through its counsel of record Kenneth Sumner, served on me a Disclosure of Rebuttal Expert Pursuant to Fed. R. Civ. Pro. 26. This disclosure identified Allan D. Windt as a rebuttal expert to TPPs expert witness Robert Hughes and Agricultural Insurance Company and Agricultural Excess and Surplus Insurance Company's expert Dennis Connolly. On the same day, I received a copy of Allan D. Windt's rebuttal report.

Page 2 -   Declaration of Christopher A. Rycewicz in Support of Defendants and TPPs' Response to Granite State and Insurance Company of the State of Pennsylvania's Motion to Exclude Experts Dennis Connolly and Robert Hughes

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I have attached a true, accurate, and authentic copy of this rebuttal report to this declaration as <u>Exhibit 1</u>.

DATED this 28th day of May, 2015.

/s/Christopher A. Rycewicz
Christopher A. Rycewicz, OSB No. 862755

Page 3 -   Declaration of Christopher A. Rycewicz in Support of Defendants and TPPs' Response to Granite State and Insurance Company of the State of Pennsylvania's Motion to Exclude Experts Dennis Connolly and Robert Hughes

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing declaration of Christopher A. Rycewicz in support of defendants and third-party plaintiffs The Marine Group, LLC, Northwest Marine, Inc., and Northwest Marine Iron Works and third-party plaintiff BAE Systems San Diego Ship Repair, Inc.'s response to Granite State Insurance Company and Insurance Company of the State of Pennsylvania's motion to exclude experts Dennis Connolly and Robert Hughes on:

Mr. R. Lind Stapley
E-mail:  stapley@sohalang.com
Mr. Geoffrey Bedell
E-mail:  bedell@sohalang.com
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, Washington  98101-2570
Phone:  (206) 624-1800
Fax:  (206) 624-3585

*Attorneys for Plaintiff Century Indemnity Company, Third-Party Defendant Insurance Company of North America, and Counterdefendant Century Indemnity Company*

Mr. William G. Earle
E-mail:  wearle@davisrothwell.com
Mr. Jonathan Henderson
E-mail:  jhenderson@davisrothwell.com
Davis Rothwell Earle & Xóchihua P.C.
2700 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3650
Phone:  (503) 222-4422
Fax:  (503) 222-4428

*Attorneys for Plaintiff Century Indemnity Company, Third-Party Defendant Insurance Company of North America, and Counterdefendant Century Indemnity Company*

Mr. Justin S. Landreth
E-mail:  jlandreth@selmanbreitman.com
Selman Breitman LLP
500 Union Street, Suite 645
Seattle, Washington  98101
Phone:  (206) 447-6461
Fax:  (206) 223-4021

*Attorney for Third-Party Defendant Federal Insurance Company*

Mr. Michael D. Compean
E-mail:  mcompean@blackcompeanhall.com
Black, Compean & Hall, LLP
6300 Canoga Avenue, Suite 570
Woodland Hills, California  91367
Phone:  (818) 883-9500
Fax:  (888) 704-6023

*Attorney for Intervenor Argonaut Insurance Company*

Page 1 -    Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | |
|---|---|
| Mr. Thomas M. Jones<br>E-mail: tjones@cozen.com<br>Ms. Jodi A. McDougall<br>E-mail: jmcdougall@cozen.com<br>Ms. Molly Siebert Eckman<br>E-mail: meckman@cozen.com<br>Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Seattle, Washington 98104<br>Phone: (206) 340-1000<br>Fax: (206) 621-8783<br><br>*Attorneys for Third-Party Defendants Chicago Insurance Company and Arrowood Indemnity Company f/k/a Royal Indemnity Company* | Ms. Margaret M. Van Valkenburg<br>E-mail: megge.vanvalkenburg@bullivant.com<br>Mr. Andrew E. Passmore<br>E-mail: drew.passmore@bullivant.com<br>Mr. Ronald J. Clark<br>E-mail: ron.clark@bullivant.com<br>Bullivant Houser Bailey, PC<br>300 Pioneer Tower<br>888 S.W. Fifth Avenue<br>Portland, Oregon 97204-2089<br>Phone: (503) 228-6351<br>Fax: (503) 295-0915<br><br>*Attorneys for Third-Party Defendants Employers Mutual Casualty Company, Pacific Mutual Marine Office, Inc., and West Coast Marine Managers, Inc.* |
| Mr. James P. Murphy<br>E-mail: jpm@maflegal.com<br>Murphy Armstrong & Felton, LLP<br>701 Millennium Tower<br>719 Second Avenue<br>Seattle, Washington 98104<br>Phone: (206) 985-9770<br>Fax: (206) 985-9790<br><br>*Attorney for Third-Party Defendants Agricultural Insurance Company and Agricultural Excess and Surplus Insurance Company* | Mr. Lawrence Gottlieb<br>E-mail: lgottlieb@bpmlaw.com<br>Betts Patterson & Mines PS<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, Washington 98101<br>Phone: (206) 268-8613<br>Fax: (206) 343-7053<br><br>*Attorney for Third-Party Defendant Continental Insurance Company* |
| Mr. Kenneth H. Sumner<br>E-mail: ksumner@spcclaw.com<br>Sinnott, Puebla, Campagne & Curet, APLC<br>Two Embarcadero Center, Suite 1410<br>San Francisco, California 94111-3910<br>Phone: (415) 352-6200<br>Fax: (415) 352-6224<br><br>*Attorney for Third-Party Defendants Granite State Insurance Company, Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh PA* | Mr. Thomas W. Brown<br>E-mail: tbrown@cosgravelaw.com<br>Cosgrave Vergeer Kester LLP<br>888 S.W. Fifth Avenue, Suite 500<br>Portland, Oregon 97204<br>Phone: (503) 323-9000<br>Fax: (503) 323-9019<br><br>*Attorney for Third-Party Defendants Granite State Insurance Company, Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh PA* |

Page 2 -    Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| Mr. Wayne S. Karbal<br>E-mail: wkarbal@karballaw.com<br>Phone: (312) 431-3610<br>Mr. Alan M. Posner<br>E-mail: aposner@karballaw.com<br>Phone: (312) 431-3632<br>Karbal Cohen Economou Silk & Dunne, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, Illinois 60606<br>Fax: (312) 431-3670<br><br>*Attorneys for Third-Party Defendants Hartford Fire Insurance Company, New England Reinsurance Corporation, and Twin City Fire Insurance Company* | Mr. Damon L. Henrie<br>E-mail: dhenrie@henriesmith.com<br>Ms. Katharine L. Smith<br>E-mail: ksmith@henriesmith.com<br>Henrie & Smith, LLP<br>15455 N.W. Greenbrier Parkway, Suite 125<br>Beaverton, Oregon 97006<br>Phone: (503) 593-8548<br>Fax: (503) 214-8001<br><br>*Attorneys for Third-Party Defendants Hartford Insurance Company, New England Reinsurance Corporation, and Twin City Fire Insurance Company* |
| Mr. John P. Hayes<br>E-mail: jhayes@forsberg-umlauf.com<br>Mr. Charles E. Albertson<br>E-mail: calbertson@forsberg-umlauf.com<br>Mr. Carl E. Forsberg<br>E-mail: cforsberg@forsberg-umlauf.com<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, Washington 98164-2047<br>Phone: (206) 689-8500<br>Fax: (206) 689-8501<br><br>*Attorneys for Third-Party Defendants Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies* | Mr. Mark D. Paulson<br>E-mail: mpaulson@clausen.com<br>Phone: (312) 606-7751<br>Ms. Amy Rich Paulus<br>E-mail: apaulus@clausen.com<br>Phone: (312) 606-7848<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>Fax: (312) 606-7777<br><br>*Attorneys for Third-Party Defendant Old Republic Insurance Company* |
| Mr. Jordan R. Silk<br>E-mail: jsilk@schwabe.com<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 S.W. Fifth Avenue, Suite 1900<br>Portland, Oregon 97204<br>Phone: (503) 222-9981<br>Fax: (503) 796-2900<br><br>*Attorney for Third-Party Defendant Old Republic Insurance Company* | Mr. Peter J. Mintzer<br>E-mail: pmintzer@ckbllp.com<br>Chamberlin Keaster & Brockman, LLP<br>500 Union Street, Suite 645<br>Seattle, Washington 98101<br>Phone: (206) 447-6461<br>Fax: (206) 223-4021<br><br>*Attorney for Third-Party Defendant Federal Insurance Company* |

Page 3 -    Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| Mr. Thomas A. Gordon<br>E-mail:  tgordon@gordon-polscer.com<br>Mr. Andrew S. Moses<br>E-mail:  amoses@gordon-polscer.com<br>Gordon & Polscer, L.L.C.<br>9755 S.W. Barnes Road, Suite 650<br>Portland, Oregon  97225<br>Phone:  (503) 242-2922<br>Fax:  (503) 242-1264<br><br>*Attorneys for Third-Party Defendant St. Paul Fire and Marine Insurance Company* | Mr. Gary V. Abbott<br>E-mail:  gabbott@abbott-law.com<br>Ms. Klarice A. Benn<br>E-mail:  kbenn@abbott-law.com<br>Abbott Law Group, P.C.<br>215 S.W. Washington Street, Suite 300<br>Portland, Oregon  97204<br>Phone:  (503) 595-9510<br>Fax:  (503) 595-9519<br><br>*Attorneys for Third-Party Defendant American Centennial Insurance Company* |
| Mr. Jay W. Beattie<br>E-mail:  jbeattie@lindsayhart.com<br>Lindsay, Hart, Neil & Weigler, LLP<br>1300 S.W. Fifth Avenue, Suite 3400<br>Portland, Oregon  97201-5640<br>Phone:  (503) 226-7677<br>Fax:  (503) 226-7697<br><br>*Attorney for Intervenor Argonaut Insurance Company* | Mr. C. Kent Roberts<br>E-mail:  ckroberts@schwabe.com<br>Mr. Brien J. Flanagan<br>E-mail:  bflanagan@schwabe.com<br>Ms. Anna Helton<br>E-mail:  ahelton@schwabe.com<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 S.W. Fifth Avenue, Suite 1900<br>Portland, Oregon  97204<br>Phone:  (503) 222-9981<br>Fax:  (503) 796-2900<br><br>*Attorneys for Third-Party Defendant Water Quality Insurance Syndicate* |
| Mr. John M. Woods<br>E-mail:  john.woods@clydeco.us<br>Mr. George Cornell<br>E-mail:  george.cornell@clydeco.us<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York  10174<br>Phone:  (212) 710-3900<br>Fax:  (212) 710-3950<br><br>*Attorneys for Third-Party Defendant Water Quality Insurance Syndicate* | Mr. Jeffrey V. Hill<br>E-mail:  jhill@hill-lamb.com<br>Hill & Lamb LLP<br>Attorneys at Law<br>1000 S.W. Broadway, Suite 1780<br>Portland, Oregon  97205<br>Phone:  (503) 417-1104<br>Fax:  (971) 373-8801<br><br>*Attorney for Intervenor Argonaut Insurance Company* |

Page 4 -   Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | |
|---|---|
| Mr. Edward B. Parks, II<br>E-mail: eparks@goodwin.com<br>Ms. Michele L. Backus<br>E-mail: mbackus@goodwin.com<br>Mr. James P. Ruggeri<br>E-mail: jruggeri@goodwin.com<br>Mr. Gregory L. Mokodean<br>E-mail: gmokodean@goodwin.com<br>Mr. Joshua D. Weinberg<br>E-mail: jweinberg@goodwin.com<br>Shipman & Goodwin LLP<br>1875 K Street N.W., Suite 600<br>Washington, District of Columbia  20006<br>Phone:  (202) 469-7750<br>Fax:  (202) 469-7751<br><br>*Attorneys for Third-Party Defendants Agricultural Insurance Company and Agricultural Excess and Surplus Insurance Company* | Ms. Stephanie M. Parent<br>E-mail: Stephanie.m.parent@doj.state.or.us<br>Oregon Department of Justice<br>Special Litigation Unit<br>1515 S.W. Fifth Avenue, No. 410<br>Portland, Oregon  97201<br>Phone:  (971) 673-1880<br>Fax:  (971) 673-5000<br><br>*Attorney for Intervenor State of Oregon/Attorney General* |
| Mr. Ira Revich<br>E-mail: irevich@crwllp.com<br>Charlston, Revich & Wollitz LLP<br>1925 Century Park East, Suite 1250<br>Los Angeles, California  90067-2746<br>Phone:  (310) 551-7020<br>Fax:  (310) 203-9321<br><br>*Attorney for Third-Party Defendant American Manufacturer's Mutual Insurance Company* | Mr. Robert A. Kole<br>E-mail: rkole@choate.com<br>Choate, Hall & Stewart LLP<br>Two International Place<br>100-150 Oliver Street<br>Boston, Massachusetts  02110<br>Phone:  (617) 248-2121<br>Fax:  (857) 241-2121<br><br>*Attorney for Third-Party Defendant St. Paul Fire and Marine Insurance Company* |

by the following indicated method or methods on the date set forth below:

☒   **CM/ECF system transmission.**

**E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

**Facsimile communication device.**

Page 5 -   Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

**First-class mail, postage prepaid, and e-mail**

**Hand-delivery.**

**Overnight courier, delivery prepaid.**

DATED this 28th day of May, 2015.

/s/Christopher A. Rycewicz
Christopher A. Rycewicz
OSB No. 862755
Hong N. Huynh
OSB No. 984133

*Attorneys for Defendants and Third-Party Plaintiffs The Marine Group, LLC, Northwest Marine, Inc., and Northwest Marine Iron Works, and Third-Party Plaintiff BAE San Diego Ship Repair, Inc.*

Page 6 -    Certificate of Service

70029190.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204