**Jeffrey V. Hill**, OSB NO: 812653
Email: jhill@hill-lamb.com
Hill & Lamb LLP
1000 SW Broadway, Suite 1780
Portland, OR  97205
PH: 503-417-1104
503-680-1860 (cell)
FX: 971-373-8801

**Jay W. Beattie**, OSB #871631
Email: jbeattie@lindsayhart.com
LINDSAY HART,  LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
PH: 503-226-7677
FX: 503-226-7697

**Michael D. Compean**, Admitted *Pro Hac Vice*
Email: mcompean@blackcompeanhall.com
Black, Compean & Hall, LLP
700 South Flower Street
Ste 3350
Los Angeles, CA 90017
PH: 213-629-9500
FX: 213-629-4868

Attorneys for Third-Party Defendant Argonaut Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation**,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with | Case No. 08-CV-01375-AC<br><br>**THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY'S EXHIBIT LIST** |

Page 1 - **THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY'S EXHIBIT LIST**
01054311.docx

LINDSAY HART, LLP

NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation,

       Defendants

THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation; and BAE SAN DIEGO SHIP REPAIR, INC., a California corporation,

       Third-Party Plaintiffs

  v.

AGRICULTURE INSURANCE COMPANY, and AGRICULTURAL SURPLUS AND EXCESS COMPANY, each an Ohio corporation; AMERICAN CENTENNIAL INSURANCE COMPANY, a Delaware corporation; CHICAGO INSURANCE COMPANY, an Illinois corporation; CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; INDUSTRIAL INDEMNITY COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a New Jersey corporation; INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and CERTAIN LONDON MARKET INSURANCE COMPANIES, each a foreign corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., a Pennsylvania corporation; NEW ENGLAND REINSURANCE CORPORATION, a Connecticut corporation; OLD REPUBLIC INSURANCE COMPANY, an Illinois corporation; PACIFIC MUTUAL MARINE OFFICE INC., a New York corporation; ROYAL INDEMNITY COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a

Minnesota corporation; TWIN CITY FIRE
INSURANCE COMPANY, an Indiana corporation;
WATER QUALITY INSURANCE SYNDICATE,
a syndicate of foreign corporations; WEST COAST
MARINE MANAGERS, INC., a New York
corporation; and JOHN DOE INSURANCE
COMPANIES,

        Third-Party Defendants.

Pursuant to this Court's May 6, 2015 Bench Trial Management Order (Docket 708), Third-Party Defendant Argonaut Insurance Company ("Argonaut") submits the following list of exhibits it intends to rely upon at trial. Argonaut also intends to rely upon the exhibits submitted by Third-Party Plaintiffs The Marine Group, LLC, Northwest Marine, Inc., and Northwest Marine Iron Works ("NWMIW"), and third-party plaintiff BAE Systems San Diego Ship Repair, Inc., (collectively "TPPs").

| No. | Bates Number | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|---|
| 300 | ARGO1818 to ARGO1850 | Argonaut Insurance Company Policy CL80288808151 (06/08/1972-07/01/1975) | | | |

Dated this 6th day of October, 2015.

        LINDSAY HART, LLP


        By: s/ Jay W. Beattie
            Jay W. Beattie, OSB No. 871631
            jbeattie@lindsayhart.com

            Attorneys for Argonaut Insurance Company for all aspects of this litigation except claims against National Union Fire Insurance Company of Pittsburgh, PA, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, St. Paul Fire and Marine Insurance Company and Continental Insurance Company

HILL & LAMB, LLP
Jeffrey V. Hill, OSB No. 812653
Email: jhill@hill-lamb.com
Phone: 503-417-1104

Attorney for Argonaut Insurance Company for all aspects of this litigation except claims against Century Indemnity Company, Insurance Company of North America, Hartford Fire Insurance Company, Twin City Fire Insurance Company, New England Reinsurance Company and Royal Indemnity Company aka Arrowhead Indemnity Company

BLACK, COMPEAN & HALL, LLP
Michael D. Compean, Admitted Pro Hac Vice
Email: mcompean@blackcompeanhall.com
PH: 213-629-9500

Attorney for Argonaut Insurance Company for all aspects of this litigation

Page 4 - **THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY'S EXHIBIT LIST**
01054311.docx

LINDSAY HART, LLP

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY'S EXHIBIT LIST** on the following attorneys on the date noted below via the following method:

| | |
|---|---|
| Gary V. Abbott<br>Abbott Law Group, PC<br>215 SW Washington Street, Suite 300<br>Portland, OR 97204<br>(503) 595-9510<br>(503) 595-9519 (fax)<br>gabbott@abbott-law.com<br>Attorney for American Centennial Insurance Company | Jodi A. McDougall<br>Cozen O'Connor<br>1201 Third Ave., #5200<br>Seattle, WA 98101<br>(206) 340-1000<br>(206) 621-8783 (fax)<br>jmcdougall@cozen.com<br>Attorney for Chicago Insurance Company |
| Charles E. Albertson<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>(206) 689-8500<br>(206) 689-8501 (fax)<br>calbertson@forsberg-umlauf.com<br>PRO HAC VICE<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | Peter J. Mintzer<br>SELMAN BREITMAN LLP<br>800 5th Ave., Suite 4100<br>Seattle, WA 98104<br>PH: 206.805.0206<br>FX: 206.470.1150<br>pmintzer@selmanlaw.com<br><br>Attorney for Federal Insurance Company |
| Michele L. Backus<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave, NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>mbackus@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company | Gregory L. Mokodean<br>Shipman & Goodwin LLP<br>1133 Connecticut Avenue NW<br>Washington, DC 20034<br>202-469-7750<br>202-469-7751 (fax)<br>gmokodean@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance |
| Geoffrey C Bedell<br>Soha & Lang PS<br>1325 4th Ave Ste 2000<br>Seattle WA 98101<br>Phone 206 624-1800<br>Fax 206 624-3585<br>Email bedell@sohalang.com<br>Attorneys for Century Indemnity Company and Insurance Company of North America | |

| | |
|---|---|
| Thomas W. Brown<br>Cosgrave Vergeer Kester, LLP<br>500 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204<br>503-323-9000<br>503-323-9019 (fax)<br>tbrown@cosgravelaw.com<br>Attorney for Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, and Granite State Insurance Company | Andrew S. Moses<br>Gordon & Polscer, LLC<br>9755 SW Barnes Road, Suite 650<br>Portland, OR 97225<br>(503) 242-2922<br>(503) 242-1264 (fax)<br>amoses@gordon-polscer.com<br>Attorney for St. Paul Fire & Marine Insurance Company |
| Ronald J Clark<br>Bullivant Houser Bailey PC<br>888 SW 5th Ave Ste 300<br>Portland OR  97204<br>Phone 503 499-4413<br>Fax 503 295-0915<br>Email ron.clark@bullivant.com<br>Attorney for Employers Mutual Casualty Company<br>Pacific Mutual Marine Office, Inc.<br>West Coast Marine Managers, Inc. | James P. Murphy<br>MURPHY ARMSTRONG & FELTON<br>701 Millennium Tower<br>719 Second Avenue<br>Seattle, WA 98104<br>206-985-9770<br>206-985-9790 (fax)<br>jpm@maflegal.com<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |
| Michael D. Compean<br>Black, Compean & Hall, LLP<br>700 South Flower Street, Ste 3350<br>Los Angeles, CA 90017<br>213-629-9500<br>213-629-4868 (fax)<br>PRO HAC VICE<br>Attorney for Argonaut Insurance Company | |
| George Cornell<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>212-710-3900<br>212-710-3950 (fax)<br>george.cornell@clydeco.us<br>PRO HAC VICE<br>Attorney for Water Quality Insurance Syndicate | Edward B. Parks, II<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave., NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>eparks@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |

| | |
|---|---|
| William G. Earle<br>Davis Rothwell Earle & Xochihua, PC<br>111 SW 5th Ave., Suite 2700<br>Portland, OR 97204-3650<br>(503) 222-4422<br>(503) 222-4428 (fax)<br>wearle@davisrothwell.com<br>Attorney for Century Indemnity Company and Insurance Company of North America | Andrew Passmore<br>Bullivant Houser Bailey PC<br>888 SW 5th Ave Ste 300<br>Portland OR 97204<br>Phone 503 499-4549<br>Fax 503 295-0915<br>Email drew.passmore@bullivant.com<br>Attorneys for Third-Party Defendants Employers Mutual Cas. Co., Pacific Mutual Marine Office, Inc., and West Coast Marine Managers, Inc. |
| Molly K.S. Eckman<br>Cozen O'Connor<br>999 Third Ave., Suite 1900<br>Seattle, WA 98104<br>(206) 340-1000<br>(206) 621-8783 (fax)<br>meckman@cozen.com<br>Attorney for Chicago Insurance Company, Federal Insurance Company, and Royal Indemnity Company | Mark D. Paulson<br>Clausen Miller, PC<br>10 South La Salle Street<br>Chicago, IL 60603-1098<br>(312) 606-7751<br>(312) 606-7777 (fax)<br>mpaulson@clausen.com<br>Attorney for Old Republic Insurance Company |
| | Amy Rich Paulus<br>Clausen Miller PC<br>10 South La Salle Street<br>Chicago, IL 60603-1098<br>(312) 606-7848<br>(312) 606-7777 (fax)<br>apaulus@clausen.com<br>Attorney for Old Republic Insurance Company |
| Brien J. Flanagan<br>Schwabe, Williamson & Wyatt<br>1211 SW 5th Avenue<br>Suite #1600-1900<br>Portland, OR 97204<br>(503) 796-2915<br>(503) 796-2900 (fax)<br>bflanagan@schwabe.com<br>ksyravong@schwabe.com<br>Attorney for Water Quality Insurance Syndicate | Alan M. Posner<br>Karbal Cohen Economou Silk & Dunne, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>(312) 431-3632<br>(312) 431-3670 (fax)<br>aposner@karballaw.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company |
| Carl E. Forsberg<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>206-689-8500<br>206-689-8501 (fax)<br>cforsberg@forsberg-umlauf.com<br>PRO HAC VICE<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | |

{00983487; 1}**CERTIFICATE OF SERVICE**　　　　　　　LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

| | |
|---|---|
| Thomas A. Gordon<br>Gordon & Polscer, LLP<br>9755 SW Barnes Road, Suite 650<br>Portland, OR 97225<br>(503) 242-2922<br>(503) 242-1264 (fax)<br>tgordon@gordon-polscer.com<br>Attorney for St. Paul Fire & Marine Insurance Company | C. Kent Roberts<br>Schwabe Williamson & Wyatt, PC<br>1600-1900 Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204<br>(503) 796-2888<br>(503) 796-2900 (fax)<br>ckroberts@schwabe.com<br>Attorney for Water Quality Insurance Syndicate |
| Lawrence Gottlieb<br>Betts Patterson Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927<br>206-268-8688<br>206-343-7053 (fax)<br>lgottlieb@bpmlaw.com<br>Attorney for Continental Insurance Company | James P. Ruggeri<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>jruggeri@goodwin.com<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |
| John P. Hayes<br>Forsberg and Umlauf<br>901 5th Avenue, Suite 1400<br>Seattle, WA 98164<br>206 689-8567<br>206 689-8501 (fax)<br>jhayes@forsberg-umlauf.com<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | Christopher A Rycewicz<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>(503) 205-2317<br>(503) 224-0155 (fax)<br>chris.rycewicz@millernash.com<br>Attorney for Northwest Marine, Inc., The Marine Group, LLC, Northwest Marine Iron Works, and BAE San Diego Repair, Inc. |
| Jonathan Henderson<br>Davis Rothwell Earle & Xochihua, PC<br>111 SW 5th Ave, Ste 2700<br>Portland, OR 97204-3650<br>(503)222-4422<br>(503) 222-4428 (fax)<br>jhenderson@davisrothwell.com<br>Attorney for Century Indemnity Company and Insurance Company of North America | Jordan R. Silk<br>Schwabe Williamson & Wyatt, PC<br>1211 SW Fifth Avenue, Ste. 1800<br>Portland, OR 97204<br>503-796-2761<br>503-796-7445 (fax)<br>jsilk@schwabe.com<br>Attorney for Old Republic Insurance Company |
| Damon L. Henrie<br>Henrie & Smith, LLP<br>1915 NW AmberGlen Prkwy, Suite 400<br>Beaverton, OR 97006<br>503-593-8548<br>503-214-8001 (fax)<br>dhenrie@henriesmith.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company | Katharine L. Smith<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Prkwy, Suite 125<br>Beaverton, OR 97006<br>503-593-8548<br>503-214-8001 (fax)<br>ksmith@henriesmith.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company |

| | |
|---|---|
| Jeffrey V. Hill<br>Hill & Lamb LLP<br>1000 SW Broadway, Suite 1780<br>Portland, OR 97205<br>503-417-1104<br>971-373-8801 (fax)<br>jhill@hill-lamb.com<br>Attorney for Argonaut Insurance Company | R. Lind Stapley<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 624-1800<br>(206) 624-3585 (fax)<br>stapley@sohalang.com<br>Attorney for Century Indemnity Company and Insurance Company of North America |
| Hong N. Huynh<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>(503) 205-2485<br>(503) 224-0155 (fax)<br>hong.huynh@millernash.com<br>Attorney for BAE San Diego Repair, Inc., Northwest Marine Iron Works, Northwest Marine, Inc., and The Marine Group, LLC | Kenneth H. alberts<br>Sinnott Puebla Campagne & Curet, APLC<br>Two Embarcadero Center, Suite 1410<br>San Francisco, CA 94111<br>(415) 352-6210<br>(415) 352-6224 (fax)<br>ksumner@spcclaw.com<br>PRO HAC VICE<br>Attorney for Granite State Insurance Company, Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh |
| Thomas M. Jones<br>Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Seattle, WA 98104<br>(206) 340-1000<br>(866) 451-7920 (fax)<br>tjones@cozen.com<br>PRO HAC VICE<br>Attorney for Arrowood Indemnity Company f/k/a Royal Indemnity Company | Margaret M. Van Valkenburg<br>Bullivant Houser Bailey, PC<br>300 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204<br>503-499-4471<br>503-295-0915 (fax)<br>megge.vanvalkenburg@bullivant.com<br>Ron Clark (ron.clark@bullivant.com)<br>Attorney for Employers Mutual Casualty Company, Pacific Mutual Marine Office, Inc., and West Coast Marine Managers, Inc. |
| Wayne S. Karbal<br>Karbal Cohen Economou Silk & Dunne, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>(312) 431-3610<br>(312) 431-3670 (fax)<br>wkarbal@karballaw.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company | Joshua D. Weinberg<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET, N.W., SUITE 600<br>Washington, D.C. 20006<br>Phone: 202-469-7750<br>Fax Number: 202-469-7751<br>Business E-mail Address:<br>JWEINBERG@GOODWIN.COM<br>PRO HAC VICE<br>Attorneys for for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |

{00983487; 1}**CERTIFICATE OF SERVICE**

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

| | |
|---|---|
| Robert A. Kole<br>Choate, Hall & -Stewart LLP<br>Two lnternational Place, 100-150 Oliver Street<br>Boston State: MA 02110<br>Phone Number: 617-2482121<br>Fax Number: 857-241-2121<br>E-mail: rkole@choate.com<br>Attorney for St. Paul Fire & Marine Insurance Company | John M. Woods<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 710-3915<br>(212) 710-3950 (fax)<br>john.woods@clydeco.us<br>PRO HAC VICE<br>Attorney for Water Quality Insurance Syndicate |
| Justin S. Landreth<br>Selman Breitman LLP<br>500 Union St., Suite 645<br>Seattle, WA  98101<br>PH:  206-447-6461<br>FX: 206-223-4021<br>jlandreth@selmanbreitman.com<br>Attorney for Federal Insurance Company | |

Method:  ☐ US Mail, postage prepaid
☒ CM/ECF Notification
☐ Email

DATED this 6th day of October, 2015

**LINDSAY HART, LLP**


BY:     s/ Jay W. Beattie
Jay W. Beattie, OSB NO: 871631
Email: jbeattie@lindsayhart.com
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: (503) 226-7677
Fax: (503) 226-7697
Attorney for Argonaut Insurance Company for all aspects of this litigation except claims against National Union Fire Insurance Company of Pittsburgh, PA, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, St. Paul Fire and Marine Insurance Company and Continental Insurance Company