**Jeffrey V. Hill**, OSB NO: 812653
Email: jhill@hill-lamb.com
Hill & Lamb LLP
1000 SW Broadway, Suite 1780
Portland, OR  97205
PH: 503-417-1104
503-680-1860 (cell)
FX: 971-373-8801

**Jay W. Beattie**, OSB #871631
Email: jbeattie@lindsayhart.com
LINDSAY HART,  LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
PH: 503-226-7677
FX: 503-226-7697

**Michael D. Compean**, Admitted *Pro Hac Vice*
Email: mcompean@blackcompeanhall.com
Black, Compean & Hall, LLP
700 South Flower Street, Ste 3350
Los Angeles, CA 90017
PH: 213-629-9500
FX: 213-629-4868

Attorneys for Third-Party Defendant Argonaut Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation**,**<br><br>        Plaintiff,<br><br>       v.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with | Case No. 08-CV-01375-AC<br><br>**TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY** |

NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation,

        Defendants

THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation; and BAE SAN DIEGO SHIP REPAIR, INC., a California corporation,

        Third-Party Plaintiffs

    v.

AGRICULTURE INSURANCE COMPANY, and AGRICULTURAL SURPLUS AND EXCESS COMPANY, each an Ohio corporation; AMERICAN CENTENNIAL INSURANCE COMPANY, a Delaware corporation; CHICAGO INSURANCE COMPANY, an Illinois corporation; CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; INDUSTRIAL INDEMNITY COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a New Jersey corporation; INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and CERTAIN LONDON MARKET INSURANCE COMPANIES, each a foreign corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., a Pennsylvania corporation; NEW ENGLAND REINSURANCE CORPORATION, a Connecticut corporation; OLD REPUBLIC INSURANCE COMPANY, an Illinois corporation; PACIFIC MUTUAL MARINE OFFICE INC., a New York corporation; ROYAL INDEMNITY COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; TWIN CITY FIRE

**TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
**01055159.docx**

INSURANCE COMPANY, an Indiana corporation; WATER QUALITY INSURANCE SYNDICATE, a syndicate of foreign corporations; WEST COAST MARINE MANAGERS, INC., a New York corporation; and JOHN DOE INSURANCE COMPANIES,

    Third-Party Defendants.

**TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
**01055159.docx**

## TABLE OF CONTENTS

Page No.

I.  FACTUAL BACKGROUND AND SUMMARY OF ARGUMENT ................................. 1
II. ARGUMENT........................................................................................................................ 3
    1.  Duty To Defend ......................................................................................................... 3
    2.  Allocation .................................................................................................................. 5
III. CONCLUSION.................................................................................................................... 7

Page i – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
**01055159.docx**

Pursuant to this Court's May 6, 2015 Bench Trial Management Order (Docket 708), Third-Party Defendant Argonaut Insurance Company ("Argonaut") submits the following trial brief.

## I.

## FACTUAL BACKGROUND AND SUMMARY OF ARGUMENT

Phase I of the trial in this case is set for November 4, 2015. It concerns, first, the obligations of several insurance companies to defend third-party plaintiffs, The Marine Group, LLC; Northwest Marine, Inc.; Northwest Marine Iron Works; and BAE Systems San Diego Ship Repair, Inc. ("TPPs"); for defense fees and costs incurred in connection with the assessment, removal, and remediation of hazardous materials released at the Portland Harbor Superfund Site ("Portland Harbor"). The Phase I trial also concerns, second, the issue of allocation between and among those insurance companies, by percentages or other measured and calculated shares, of the cost of those defense obligations found to exist on the part of the insurance companies.

Determining each insurance carrier party's duty to defend will require the Court to identify specific insurance policies, construct or reconstruct certain lost policies, and construe their terms, fix the time period for which each policy provided coverage, determine the existence and applicability, if any, of exclusions, and the like. Upon determination of each insurance carrier party's duty to defend, the issue of allocation of that collective duty to defend between and among the carriers found to have that duty, will then require the Court to engage in a calculation of the respective shares of the defense owed by each, as between and among them.

On September 11, 2015 the Court issued its Opinion and Order granting and denying certain motions for summary judgment and/or partial summary judgment which had been

Page 1 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

brought by various insurance company parties.[1] The effect of the Court's rulings on those motions was to leave, in addition to the TPPs, only four (4) insurance carrier parties remaining for, or with a stake in, the trial set for November 4, 2015. Those four carriers are: 1) St. Paul Fire and Marine Insurance Company, individually and as successor to St. Paul Mercury Indemnity Company ("St.Paul"); 2) Argonaut; 3) Insurance Company of North America ("INA"); and 4) Great American Assurance Company, formerly known as Agricultural Insurance Company, and Great American E&S Insurance Company, formerly known as Agricultural Excess and Surplus Insurance Company (collectively, "Great American").

Each of those four carriers issued policies of primary comprehensive or commercial general liability insurance to TPPs, or their predecessors-in-interest, which policies provided coverage during the pertinent period from February 11, 1954 to July 1, 1982. It is Argonaut's position that per the terms of their policies, each of the other three carriers, in addition to Argonaut, owe and owed TPPs a duty to defend the claims in issue here, namely the claims of the United States Environmental Protection Agency ("EPA"), the Oregon Department of Environmental Quality ("DEQ"), and others, for assessment, removal, and remediation of hazardous materials released at the Portland Harbor.

In terms of allocation, therefore, Argonaut contends that if the Court is to allocate purely on a time-on-risk basis, St. Paul should be allocated a share of seventy-two and twenty four one-hundredth percent (72.24%) of the defense, Argonaut should be allocated a share of twelve and four one-hundredths percent (12.04%) of the defense, INA should be allocated a share of seven and eighty-seven one-hundredth percent (7.87%) of the defense, and Great American should be allocated a share of seven and eighty-five one-hundredth percent (7.85%) of the defense. In the alternative, if the Court is to allocate on a time-on-risk basis times policy limits basis, St. Paul

---

[1] Dkt 817.

Page 2 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

should be allocated a sixty-five and thirty-eight one-hundredth percent (65.38%) share of the defense, Argonaut should be allocated a ten and eighty-nine one-hundredth percent (10.89%) share of the defense, INA should be allocated an eleven and eighty-eight one-hundredth percent (11.88%) share of the defense, and Great American should be allocated an eleven and eighty-five one-hundredth percent (11.85%) share of the defense.  Argonaut contends the Court should allocate in accordance with one or the other of the two alternative bases.

## II.

## ARGUMENT

1. **Duty To Defend:**

The insurance policies identified below obligate the respective insurers who issued them to defend Third-Party-Plaintiffs for defense fees and costs incurred and paid on their behalf in defending against the claims made by the EPA, the DEQ, and others, arising out of alleged pollution to the Portland Harbor ("Portland Harbor case").  To the extent that Argonaut has paid for the defense (fees and costs) of the TPPs in the Portland Harbor case, the Identified Parties and policies listed below are obligated to reimburse Argonaut for its defense-cost payments and to share in the payment of future defense costs as set forth further below.

| Insurer Name | Policy # | Period Inception Date | Period Expiration Date | Stated Or Asserted Policy Limits |
|---|---|---|---|---|
| St. Paul | 1419213 | 2/11/54 | 2/11/57 | $300,000 |
| St. Paul | 504JA1276 | 2/11/57 | 2/11/60 | $300,000 |
| St. Paul | 504JC3433 | 2/11/60 | 5/31/62 | $300,000 |
| St. Paul | 504JF2428 | 5/31/63 | 7/1/66 | $300,000 |
| St. Paul | 504JH5407 | 7/1/66 | 7/1/69 | $300,000 |
| St. Paul | 536JB5573 | 7/1/69 | 7/1/72 | $300,000 |
| INA | ISG1001 | 7/1/78 | 7/1/79 | $500,000 |
| INA | ISL1062 | 7/1/79 | 7/1/80 | $500,000 |
| Great American | SL005754 | 7/1/80 | 7/1/81 | $500,000 |
| Great American | GL0003655 | 7/1/81 | 7/1/82 | $500,000 |

Page 3 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

On December 26, 2012 this Court found and held that under the first St. Paul policy identified in the chart above, and under each of the INA policies listed in the chart above, and under each of the Great American policies listed in the chart above, St. Paul, INA, and Great American each have a duty to defend TPPs here.[2] In doing so, the Court granted the motion of TPPs for clarification and reconsideration of the Court's prior Opinion and Order of January 27, 2012.[3]

In that latter prior Opinion and Order, this Court noted that both of the aforementioned policies of INA and Great American, and implicitly as well the first of the St. Paul policies, each identified in the chart above, contained an insuring and defense provision which states as follows:

> The Company will pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of [bodily injury or property damage] to which this insurance applies, caused by an occurrence and the Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such bodily injury or property damage . . . .[4]

Thus, in granting the TPPs motion for clarification and reconsideration on December 26, 2012, the Court's Opinion and Order of that date was based on the finding, implicit or otherwise, that the first St. Paul policy identified in the chart above, and each of the INA policies listed in the chart above, and each of the Great American policies listed in the chart above, contained the same or substantially similar insuring and defense provision as set forth above and in the Court's Opinion and Order of January 27, 2012.

---

[2] Dkt 452, Opinion and Order of Dec. 26, 2012, p. 1.
[3] Dkt 452, Opinion and Order of Dec. 26, 2012, p. 1, and Dkt 397, Opinion and Order of Jan. 27, 2012.
[4] Dkt 397, Opinion and Order of Jan. 27, 2012, pps. 13-14.

Page 4 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

The evidence at trial set to start November 4, 2015 will show that each of the other St. Paul policies listed above contained the same and/or substantially similar insuring and defense provision which served as the basis for the Court's Opinions and Orders of both January 27, 2012 and December 26, 2012. It is Argonaut's contention, therefore, that under each of the other policies of liability insurance listed in the chart above as having been issued by St. Paul, St. Paul also had a duty to defend.

**2.     Allocation:**

Section (4)(a) of ORS 465.480 provides as follows:

An insurer that has paid all or part of an environmental claim may seek contribution from any other insurer that is liable or potentially liable to the insured and that has not entered into a good-faith settlement agreement with the insured regarding the environmental claim.

Relatedly, section (5) of ORS 465.480 provides as follows:

If a court determines that the apportionment of recoverable costs between insurers is appropriate, the court shall allocate the covered damages between the insurers before the court, based on the following factors:

(a)     The total period of time that each solvent insurer issued a general liability insurance policy to the insured applicable to the environmental claim;

(b)     The policy limits, including any exclusions to coverage, of each of the general liability insurance policies that provide coverage or payment for the environmental claim for which the insured is liable or potentially liable;

(c)     The policy that provides the most appropriate type of coverage for the type of environmental claim;

(d)     The terms of the policies that related to the equitable allocation between insurers; and

(e)     If the insured is an uninsured for any part of the time period included in the environmental claim, the insured shall be considered an insurer for purposes of allocation.

Page 5 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

Argonaut has calculated, based on the inception dates and the expiration dates listed in the chart above for each and all of the St. Paul policies, that St. Paul insured the TPPs under those policies for a period of **6,715** days.  Argonaut has also calculated, based on the inception date of June 8, 1972 and the expiration date of July 1, 1975 for its own policy in issue here, that Argonaut insured the TPPs under that policy for a period of **1,119** days.  Argonaut has also calculated, based on the inception dates and the expiration dates listed in the chart above for each and all of the INA policies, that INA insured the TPPs under those policies for a period of **732** days.  Finally, Argonaut has also calculated, based on the inception dates and the expiration dates listed in the chart above for each and all of the Great American policies, that Great American insured the TPPs under those policies for a period of **730** days.

In light of those number of days for each of the carriers (i.e., St. Paul, Argonaut, INA, and Great American), by adding each to the other to get a total (9,296 days), and then dividing each by that total, Argonaut has calculated what it believes should be the allocated shares of defense for each carrier, if the Court is to allocate purely on a time-on-risk basis, i.e., purely on the basis of the first factor set forth in section (5) of ORS 465.480.  On that basis, the shares should be allocated as follows:

| | | |
|---|---|---|
| St. Paul | : | 72.04% (6,715 / 9,296) |
| Argonaut | : | 12.04% (1,119 / 9,296) |
| INA | : | 7.87% (732 / 9,296) |
| Great American | : | <u>7.85%</u> (730 / 9,296) |
| Total | : | 100% |

Alternatively, if the Court is to allocate on a time-on-risk basis times policy limits basis, i.e., on the basis of both the first and second factors set forth in section (5) of ORS 465.480, Argonaut has calculated the percentage share which should be allocated to each carrier as well. In that regard, it is anticipated the evidence at trial will show that the limits of liability for each

Page 6 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

of the St. Paul policies listed in the chart above is and should be $300,000. The limits of liability stated in the Argonaut policy are $300,000 for property damage liability. The limits of liability stated in each of the INA policies is $500,000, and the limits of liability stated in each of the Great American policies is also $500,000.

Multiplying those limits by the aforementioned number of days each carrier insured the TPPs, yields figures of $2,014,500,000 for St. Paul, $335,700,000 for Argonaut, $366,000,000 for INA, and $365,000,000 for Great American. By then adding together the resultant number for each of the four carriers involved here, a total figure of $3,081,200,000 is reached. In turn, dividing each carrier's individual dollar number by that latter figure, yields the time on risk times policy limits percentages for each carrier, which Argonaut contends should be allocated as listed below:

| | | |
|---|---|---|
| St. Paul | : | 65.38% ($2,014,500,000 / $3,081,200,000) |
| Argonaut | : | 10.89% ($335,700,000 / $3,081,200,000) |
| INA | : | 11.88% ($366,000,000 / $3,081,200,000) |
| Great American | : | <u>11.85%</u> ($365,000,000 / $3,081,200,000) |
| Total | : | 100% |

### III.

### CONCLUSION

Argonaut contends each of the carriers identified above have a duty to defend TPPs in connection with the claims of the EPA, the DEQ, and others, against the TPPs which related to contamination of the Portland Harbor. Argonaut also contends allocation of that defense between and among the carriers should be found either based on a time on the risk calculation or a time on the risk times policy limits calculation, as set forth above. None of the other factors listed under section (5) of ORS 465.480 apply or are relevant here. Thus, Argonaut also contends it has a right to contribution from each of the other three of the aforementioned carriers,

Page 7 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

i.e., St. Paul, INA, and Great American, in accordance with one or the other of the allocation calculations set forth above.

Dated this 6th day of October, 2015.

LINDSAY HART, LLP

By: s/ Jay W. Beattie
Jay W. Beattie, OSB No. 871631
jbeattie@lindsayhart.com

Attorneys for Argonaut Insurance Company for all aspects of this litigation except claims against National Union Fire Insurance Company of Pittsburgh, PA, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, St. Paul Fire and Marine Insurance Company and Continental Insurance Company

Michael D. Compean
BLACK COMPEAN & HALL LLP
Admitted Pro Hac Vice as
Attorney for Argonaut Insurance Company for all aspects of this litigation

HILL & LAMB, LLP
Jeffrey V. Hill, OSB No. 812653
Email: jhill@hill-lamb.com
Phone: 503-417-1104

Attorney for Argonaut Insurance Company for all aspects of this litigation except claims against Century Indemnity Company, Insurance Company of North America, Hartford Fire Insurance Company, Twin City Fire Insurance Company, New England Reinsurance Company and Royal Indemnity Company aka Arrowhead Indemnity Company

Page 8 – **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY**

LINDSAY HART, LLP
01055159.docx

CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the foregoing **TRIAL BRIEF ON DUTY TO DEFEND AND ALLOCATION OF DEFENSE OF THIRD-PARTY DEFENDANT ARGONAUT INSURANCE COMPANY** on the following attorneys on the date noted below via the following method:

| | |
|---|---|
| Gary V. Abbott<br>Abbott Law Group, PC<br>215 SW Washington Street, Suite 300<br>Portland, OR 97204<br>(503) 595-9510<br>(503) 595-9519 (fax)<br>gabbott@abbott-law.com<br>Attorney for American Centennial Insurance Company | Jodi A. McDougall<br>Cozen O'Connor<br>1201 Third Ave., #5200<br>Seattle, WA 98101<br>(206) 340-1000<br>(206) 621-8783 (fax)<br>jmcdougall@cozen.com<br>Attorney for Chicago Insurance Company |
| Charles E. Albertson<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>(206) 689-8500<br>(206) 689-8501 (fax)<br>calbertson@forsberg-umlauf.com<br>PRO HAC VICE<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | Peter J. Mintzer<br>SELMAN BREITMAN LLP<br>800 5th Ave., Suite 4100<br>Seattle, WA 98104<br>PH: 206.805.0206<br>FX: 206.470.1150<br>pmintzer@selmanlaw.com<br><br>Attorney for Federal Insurance Company |
| Michele L. Backus<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave, NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>mbackus@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company | Gregory L. Mokodean<br>Shipman & Goodwin LLP<br>1133 Connecticut Avenue NW<br>Washington, DC 20034<br>202-469-7750<br>202-469-7751 (fax)<br>gmokodean@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance |
| Geoffrey C Bedell<br>Soha & Lang PS<br>1325 4th Ave Ste 2000<br>Seattle WA 98101<br>Phone 206 624-1800<br>Fax 206 624-3585<br>Email bedell@sohalang.com<br>Attorneys for Century Indemnity Company and Insurance Company of North America | |

**CERTIFICATE OF SERVICE**
                                          LINDSAY HART, LLP
                                      1300 SW FIFTH AVENUE, SUITE 3400
                                      PORTLAND, OREGON 97201-5640
                                    PHONE: 503-226-7677 FAX: 503-226-7697

| | |
|---|---|
| Thomas W. Brown<br>Cosgrave Vergeer Kester, LLP<br>500 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204<br>503-323-9000<br>503-323-9019 (fax)<br>tbrown@cosgravelaw.com<br>Attorney for Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, and Granite State Insurance Company | Andrew S. Moses<br>Gordon & Polscer, LLC<br>9755 SW Barnes Road, Suite 650<br>Portland, OR 97225<br>(503) 242-2922<br>(503) 242-1264 (fax)<br>amoses@gordon-polscer.com<br>Attorney for St. Paul Fire & Marine Insurance Company |
| Ronald J Clark<br>Bullivant Houser Bailey PC<br>888 SW 5th Ave Ste 300<br>Portland OR  97204<br>Phone 503 499-4413<br>Fax 503 295-0915<br>Email ron.clark@bullivant.com<br>Attorney for Employers Mutual Casualty Company<br>Pacific Mutual Marine Office, Inc.<br>West Coast Marine Managers, Inc. | James P. Murphy<br>MURPHY ARMSTRONG & FELTON<br>701 Millennium Tower<br>719 Second Avenue<br>Seattle, WA 98104<br>206-985-9770<br>206-985-9790 (fax)<br>jpm@maflegal.com<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |
| Michael D. Compean<br>Black, Compean & Hall, LLP<br>700 South Flower Street, Ste 3350<br>Los Angeles, CA 90017<br>213-629-9500<br>213-629-4868 (fax)<br>PRO HAC VICE<br>Attorney for Argonaut Insurance Company | |
| George Cornell<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>212-710-3900<br>212-710-3950 (fax)<br>george.cornell@clydeco.us<br>PRO HAC VICE<br>Attorney for Water Quality Insurance Syndicate | Edward B. Parks, II<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave., NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>eparks@goodwin.com<br>PRO HAC VICE<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| William G. Earle<br>Davis Rothwell Earle & Xochihua, PC<br>111 SW 5th Ave., Suite 2700<br>Portland, OR 97204-3650<br>(503) 222-4422<br>(503) 222-4428 (fax)<br>wearle@davisrothwell.com<br>Attorney for Century Indemnity Company and Insurance Company of North America | Andrew Passmore<br>Bullivant Houser Bailey PC<br>888 SW 5th Ave Ste 300<br>Portland OR 97204<br>Phone 503 499-4549<br>Fax 503 295-0915<br>Email drew.passmore@bullivant.com<br>Attorneys for Third-Party Defendants Employers Mutual Cas. Co., Pacific Mutual Marine Office, Inc., and West Coast Marine Managers, Inc. |
| Molly K.S. Eckman<br>Cozen O'Connor<br>999 Third Ave., Suite 1900<br>Seattle, WA 98104<br>(206) 340-1000<br>(206) 621-8783 (fax)<br>meckman@cozen.com<br>Attorney for Chicago Insurance Company, Federal Insurance Company, and Royal Indemnity Company | Mark D. Paulson<br>Clausen Miller, PC<br>10 South La Salle Street<br>Chicago, IL 60603-1098<br>(312) 606-7751<br>(312) 606-7777 (fax)<br>mpaulson@clausen.com<br>Attorney for Old Republic Insurance Company |
| | Amy Rich Paulus<br>Clausen Miller PC<br>10 South La Salle Street<br>Chicago, IL 60603-1098<br>(312) 606-7848<br>(312) 606-7777 (fax)<br>apaulus@clausen.com<br>Attorney for Old Republic Insurance Company |
| Brien J. Flanagan<br>Schwabe, Williamson & Wyatt<br>1211 SW 5th Avenue<br>Suite #1600-1900<br>Portland, OR 97204<br>(503) 796-2915<br>(503) 796-2900 (fax)<br>bflanagan@schwabe.com<br>ksyravong@schwabe.com<br>Attorney for Water Quality Insurance Syndicate | Alan M. Posner<br>Karbal Cohen Economou Silk & Dunne, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>(312) 431-3632<br>(312) 431-3670 (fax)<br>aposner@karballaw.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company |
| Carl E. Forsberg<br>Forsberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>206-689-8500<br>206-689-8501 (fax)<br>cforsberg@forsberg-umlauf.com<br>PRO HAC VICE<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Thomas A. Gordon<br>Gordon & Polscer, LLP<br>9755 SW Barnes Road, Suite 650<br>Portland, OR 97225<br>(503) 242-2922<br>(503) 242-1264 (fax)<br>tgordon@gordon-polscer.com<br>Attorney for St. Paul Fire & Marine Insurance Company | C. Kent Roberts<br>Schwabe Williamson & Wyatt, PC<br>1600-1900 Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204<br>(503) 796-2888<br>(503) 796-2900 (fax)<br>ckroberts@schwabe.com<br>Attorney for Water Quality Insurance Syndicate |
| Lawrence Gottlieb<br>Betts Patterson Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927<br>206-268-8688<br>206-343-7053 (fax)<br>lgottlieb@bpmlaw.com<br>Attorney for Continental Insurance Company | James P. Ruggeri<br>Shipman & Goodwin LLP<br>1133 Connecticut Ave NW<br>Washington, DC 20036<br>202-469-7750<br>202-469-7751 (fax)<br>jruggeri@goodwin.com<br>Attorney for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |
| John P. Hayes<br>Forsberg and Umlauf<br>901 5th Avenue, Suite 1400<br>Seattle, WA 98164<br>206 689-8567<br>206 689-8501 (fax)<br>jhayes@forsberg-umlauf.com<br>Attorney for Certain London Market Insurance Companies and Certain Underwriters at Lloyd's, London | Christopher A Rycewicz<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>(503) 205-2317<br>(503) 224-0155 (fax)<br>chris.rycewicz@millernash.com<br>Attorney for Northwest Marine, Inc., The Marine Group, LLC, Northwest Marine Iron Works, and BAE San Diego Repair, Inc. |
| Jonathan Henderson<br>Davis Rothwell Earle & Xochihua, PC<br>111 SW 5th Ave, Ste 2700<br>Portland, OR 97204-3650<br>(503)222-4422<br>(503) 222-4428 (fax)<br>jhenderson@davisrothwell.com<br>Attorney for Century Indemnity Company and Insurance Company of North America | Jordan R. Silk<br>Schwabe Williamson & Wyatt, PC<br>1211 SW Fifth Avenue, Ste. 1800<br>Portland, OR 97204<br>503-796-2761<br>503-796-7445 (fax)<br>jsilk@schwabe.com<br>Attorney for Old Republic Insurance Company |
| Damon L. Henrie<br>Henrie & Smith, LLP<br>1915 NW AmberGlen Prkwy, Suite 400<br>Beaverton, OR 97006<br>503-593-8548<br>503-214-8001 (fax)<br>dhenrie@henriesmith.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company | Katharine L. Smith<br>Henrie & Smith, LLP<br>15455 NW Greenbrier Prkwy, Suite 125<br>Beaverton, OR 97006<br>503-593-8548<br>503-214-8001 (fax)<br>ksmith@henriesmith.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Jeffrey V. Hill<br>Hill & Lamb LLP<br>1000 SW Broadway, Suite 1780<br>Portland, OR 97205<br>503-417-1104<br>971-373-8801 (fax)<br>jhill@hill-lamb.com<br>Attorney for Argonaut Insurance Company | R. Lind Stapley<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 624-1800<br>(206) 624-3585 (fax)<br>stapley@sohalang.com<br>Attorney for Century Indemnity Company and Insurance Company of North America |
| Hong N. Huynh<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>(503) 205-2485<br>(503) 224-0155 (fax)<br>hong.huynh@millernash.com<br>Attorney for BAE San Diego Repair, Inc., Northwest Marine Iron Works, Northwest Marine, Inc., and The Marine Group, LLC | Kenneth H. alberts<br>Sinnott Puebla Campagne & Curet, APLC<br>Two Embarcadero Center, Suite 1410<br>San Francisco, CA 94111<br>(415) 352-6210<br>(415) 352-6224 (fax)<br>ksumner@spcclaw.com<br>PRO HAC VICE<br>Attorney for Granite State Insurance Company, Insurance Company of the State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh |
| Thomas M. Jones<br>Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Seattle, WA 98104<br>(206) 340-1000<br>(866) 451-7920 (fax)<br>tjones@cozen.com<br>PRO HAC VICE<br>Attorney for Arrowood Indemnity Company f/k/a Royal Indemnity Company | Margaret M. Van Valkenburg<br>Bullivant Houser Bailey, PC<br>300 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204<br>503-499-4471<br>503-295-0915 (fax)<br>megge.vanvalkenburg@bullivant.com<br>Ron Clark (ron.clark@bullivant.com)<br>Attorney for Employers Mutual Casualty Company, Pacific Mutual Marine Office, Inc., and West Coast Marine Managers, Inc. |
| Wayne S. Karbal<br>Karbal Cohen Economou Silk & Dunne, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>(312) 431-3610<br>(312) 431-3670 (fax)<br>wkarbal@karballaw.com<br>Attorney for Hartford Insurance Company, New England Reinsurance Company, and Twin City Fire Insurance Company | Joshua D. Weinberg<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET, N.W., SUITE 600<br>Washington, D.C. 20006<br>Phone: 202-469-7750<br>Fax Number: 202-469-7751<br>Business E-mail Address:<br>JWEINBERG@GOODWIN.COM<br>PRO HAC VICE<br>Attorneys for for Agricultural Insurance Company and Agricultural Surplus and Excess Insurance Company |

**CERTIFICATE OF SERVICE**　　　　　　　　　　　LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

| | |
|---|---|
| Robert A. Kole<br>Choate, Hall & -Stewart LLP<br>Two lnternational Place, 100-150 Oliver Street<br>Boston State: MA 02110<br>Phone Number: 617-2482121<br>Fax Number: 857-241-2121<br>E-mail: rkole@choate.com<br>Attorney for St. Paul Fire & Marine Insurance Company | John M. Woods<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 710-3915<br>(212) 710-3950 (fax)<br>john.woods@clydeco.us<br>PRO HAC VICE<br>Attorney for Water Quality Insurance Syndicate |
| Justin S. Landreth<br>Selman Breitman LLP<br>500 Union St., Suite 645<br>Seattle, WA  98101<br>PH:  206-447-6461<br>FX: 206-223-4021<br>jlandreth@selmanbreitman.com<br>Attorney for Federal Insurance Company | |

Method:   ☐ US Mail, postage prepaid
         ☒ CM/ECF Notification
         ☐ Email

DATED this 6th day of October, 2015

**LINDSAY HART, LLP**


BY:     s/ Jay W. Beattie
Jay W. Beattie, OSB NO: 871631
Email: jbeattie@lindsayhart.com
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: (503) 226-7677
Fax: (503) 226-7697
Attorney for Argonaut Insurance Company for all aspects of this litigation except claims against National Union Fire Insurance Company of Pittsburgh, PA, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, St. Paul Fire and Marine Insurance Company and Continental Insurance Company