**Thomas A. Gordon, OSB No. 741172**
tgordon@gordon-polscer.com
**Andrew S. Moses, OSB No. 983009**
amoses@gordon-polscer.com
**Gordon & Polscer, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone:  (503) 242-2922
Facsimile:  (503) 242-1264

**Robert A. Kole,** *admitted pro hac vice*
rkole@choate.com
**Choate, Hall & Stewart, LLP**
Two International Place
Boston, MA 02110
Phone: (617) 248-2121
Fax: (857) 241-2121

*Attorneys for Defendant St. Paul Fire and*
*Marine Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation, | Case No.  3:08-CV-01375-AC |
| Plaintiff, | **ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S TRIAL WITNESS LIST** |
| v. | |
| THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation, | |

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S TRIAL**                    **Page 1**
**WITNESS LIST**

Defendants.

THE MARINE GROUP, LLC, a California
limited liability company, et al.,

Third-Party Plaintiffs,

v.

AGRICULTURAL INSURANCE
COMPANY, and AGRICULTURAL
EXCESS AND SURPLUS INSURANCE
COMPANY, each an Ohio corporation;
et al.,

Third-Party Defendants.

_____

Pursuant to the court's Trial Management Order, Docket Number 708, Defendant St. Paul

Fire and Marine Insurance Company ("St. Paul") submits the following list of witnesses who

will appear at trial by deposition designation[1]:

1. **Fine, Joshua,** *Complex Director, AIG Claims, Incorporated*

    **Contact Information:**

    c/o Kenneth H. Sumner
    Sinnott, Puebla, Campagne & Curet, APLC
    Two Embarcadero Center, Suite 1410
    San Francisco, California 94111-3910
    (415) 352-6200

    **Summary of testimony:**

    Mr. Fine testified as the corporate designee for Insurance Company of the State of

Pennsylvania ("ICSOP").  Mr. Fine supervised the search for policy documents relating to

---

[1] Each of the three listed witnesses will be appearing through designation of deposition testimony
that will not be read into the record and will therefore not be allocated any trial time.  Furthermore, the
complete substance of the testimony is within the designations.

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S TRIAL**                    **Page 2**
**WITNESS LIST**

Northwest Marine's claim for coverage, but he does not know when the search occurred or

where the produced documents were found.  Mr. Fine's testimony regarding the alleged

insurance underlying the ICSOP policies is based entirely on the documents found and produced

by ICSOP.  Mr. Fine does not know who prepared document labeled ICSOP 0089-0092, whether

the pages were found together with or consecutively with ICSOP 0088, or who provided the

information contained in document labeled ICSOP 0089-0092.

2.  **Hornbeck, Thomas M.,** *Regional Director, Special Liability Group, Travelers*

   *Indemnity Company*

   **Contact Information:**

   c/o Andrew Moses
   Gordon & Polscer, L.L.C.
   9755 S.W. Barnes Road, Suite 650
   Portland, OR 97225
   (503) 242-2922

   **Summary of testimony:**

   Mr. Hornbeck is a regional claim director with the Special Liability Group, Travelers

Indemnity Company, and is responsible for oversight of environmental claims pertaining to St.

Paul policies.  Mr. Hornbeck's testimony includes the steps taken by Travelers to locate any

records of St. Paul policies, documents indicating whether any St Paul coverage was issued, and

any potentially applicable policy forms, for the time periods and alleged insureds at issue in this

case.  Mr. Hornbeck confirms that Travelers conducted an exhaustive search of available

computer databases and applications that were indexed by policy numbers and insured names, as

well as paper files.  Mr. Hornbeck describes the various computer applications, search terms, and

codes appearing in Travelers' policy search requests and reports of search results.  Mr. Hornbeck

explains that the specimen policy forms that Travelers located and produced in this matter were

forms that were likely to have been in use by St. Paul during the time period of 1954 – 1972, and

that would have been responsive to the environmental claim at issue, but that St. Paul is unable

to say whether any of the forms were used in any policy that may have been issued by St. Paul to

Northwest Marine Iron Works.

3. **Lauf, Lisa,** *Environmental Paralegal, Special Liability Group, Travelers Indemnity*

*Company*

**Contact Information:**

c/o Andrew Moses
Gordon & Polscer, L.L.C.
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
(503) 242-2922

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Summary of testimony:**

Ms. Lauf is a senior environmental paralegal for the Special Liability Group, Travelers Indemnity Company, who was responsible for policy searches relating to the alleged St. Paul policies in this case.  Between  2008 and 2014, Ms. Lauf and others searched for documents containing alleged insured names and/or alleged policy numbers, but Travelers did not find documents pertaining to the alleged St. Paul policies in this case.  Ms. Lauf's testimony includes descriptions of the method and circumstances of her policy searches.  Ms. Lauf worked with records management to search all of the alleged St. Paul policy numbers and alleged insured names in databases, underwriting files, claim files, and microfilm.

DATED this 6th day of October, 2015.

*/s/ Thomas A. Gordon*
Thomas A. Gordon, OSB No. 741172
tgordon@gordon-polscer.com
Andrew S. Moses, OSB No. 983009
amoses@gordon-polscer.com
Gordon & Polscer, L.L.C.
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Phone: (503) 242-2922
Fax: (503) 242-1264

*/s/ Robert A. Kole*
Robert A. Kole, *admitted pro hac vice*
rkole@choate.com
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Phone: (617) 248-2121
Fax: (857) 241-2121

*Attorneys for Defendant St. Paul Fire and
Marine Insurance Company*

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S TRIAL**          **Page 5**
**WITNESS LIST**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015 I filed this **ST. PAUL FIRE AND MARINE**

**INSURANCE COMPANY'S TRIAL WITNESS LIST** with the Clerk of the Court using the

CM/ECF filing system, which will send notification of such filing to the following parties:

R. Lind Stapley
Email:  stapley@sohalang.com
Geoffrey Bedell
Email:  bedell@sohalang.com
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, Washington  98101-2570
Phone:  (206) 624-1800
Fax:  (206) 624-3585

> *Attorneys for Plaintiff Century Indemnity Company, Third-Party Defendant Insurance Company of North America, and Counterdefendant Century Indemnity Company*

William G. Earle
Email:  wearle@davisrothwell.com
Jonathan Henderson
Email:  jhenderson@davisrothwell.com
Davis Rothwell Earle & Xóchihua P.C.
2700 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3650
Phone:  (503) 222-4422
Fax:  (503) 222-4428

> *Attorneys for Plaintiff Century Indemnity Company, Third-Party Defendant Insurance Company of North America, and Counterdefendant Century Indemnity Company*

Michael D. Compean
Email:  mcompean@blackcompeanhall.com
Black, Compean & Hall, LLP
6300 Canoga Avenue, Suite 570
Woodland Hills, CA 91367
Phone:  (213) 629-9500
Fax:  (213) 629-4868

> *Attorneys for Intervenor Argonaut Insurance Company*

**CERTIFICATE OF SERVICE**                                                                 **Page 1**

Molly Siebert Eckman
Email:  meckman@cozen.com
Thomas M. Jones
Email:  tjones@cozen.com
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
Phone:  (206) 340-1000
Fax:  (206) 621-8783

> *Attorneys for Third-Party Defendants*
> *Chicago Insurance Company and*
> *Arrowood Indemnity Company f/k/a*
> *Royal Indemnity Company*

Margaret M. Van Valkenburg
Email:  megge.vanvalkenburg@bullivant.com
Andrew E. Passmore
Email: drew.passmore@bullivant.com
Ronald J. Clark
Email: ron.clark@bullivant.com
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, Oregon  97204-2089
Phone:  (503) 228-6351
Fax:  (503) 295-0915

> *Attorney for Third-Party Defendants*
> *Employers Mutual Casualty Company,*
> *Pacific Mutual Marine Office, Inc., and*
> *West Coast Marine Managers, Inc.*

James P. Murphy
Email:  jpm@maflegal.com
Murphy Armstrong & Felton LLP
719 2nd Ave Ste 701
Seattle, WA  98104-1747
Phone:  (206) 716-7787
Fax:  (206) 965-7787

> *Attorney for Third-Party Defendants*
> *Agricultural Insurance Company and*
> *Agricultural Excess and Surplus*
> *Insurance Company*

Lawrence Gottlieb
Email:  lgottlieb@bpmlaw.com
Betts Patterson & Mines PS
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington  98101
Phone:  (206) 268-8613
Fax:  (206) 343-7053

> *Attorney for Third-Party Defendant*
> *Continental Insurance Company*

Kenneth H. Sumner
Email:  ksumner@spcclaw.com
Sinnott, Puebla, Campagne & Curet, APLC
Two Embarcadero Center, Suite 1410
San Francisco, California  94111-3910
Phone:  (415) 352-6200
Fax:  (415) 352-6224

> *Attorney for Third-Party Defendants*
> *Granite State Insurance Company,*
> *Insurance Company of the State of*
> *Pennsylvania, and National Union Fire*
> *Insurance Company of Pittsburgh PA*

Thomas W. Brown
Email:  tbrown@cosgravelaw.com
Cosgrave Vergeer Kester LLP
888 S.W. Fifth Avenue, Suite 500
Portland, Oregon  97204
Phone:  (503) 323-9000
Fax:  (503) 323-9019

> *Attorney for Third-Party Defendants*
> *Granite State Insurance Company,*
> *Insurance Company of the State of*
> *Pennsylvania, and National Union Fire*
> *Insurance Company of Pittsburgh PA*

**CERTIFICATE OF SERVICE**                                                                    **Page 2**

Wayne S. Karbal
Email: wkarbal@karballaw.com
Phone: (312) 431-3610
Alan M. Posner
Email: aposner@karballaw.com
Phone: (312) 431-3632
Karbal Cohen Economou Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, Illinois 60606
Fax: (312) 431-3670

>*Attorneys for Third-Party Defendants*
>*Hartford Fire Insurance Company, New*
>*England Reinsurance Corporation, and*
>*Twin City Fire Insurance Company*

Charles E. Albertson
Email: calbertson@forsberg-umlauf.com
Carl E. Forsberg
Email: cforsberg@forsberg-umlauf.com
John P. Hayes
Email: jhayes@forsberg-umlauf.com
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2047
Phone: (206) 689-8500
Fax: (206) 689-8501

>*Attorneys for Third-Party Defendants*
>*Certain Underwriters at Lloyd's,*
>*London, and Certain London Market*
>*Insurance Companies*

Jordan R. Silk
Email: jsilk@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 S.W. Fifth Avenue, Suite 1900
Portland, Oregon 97204
Phone: (503) 222-9981
Fax: (503) 796-2900

>*Attorney for Third-Party Defendant Old*
>*Republic Insurance Company*

Damon L. Henrie
Email: dhenrie@henriesmith.com
Katharine L. Smith
Email: ksmith@henriesmith.com
Henrie & Smith, LLP
15455 NW Greenbrier Parkway, Suite 125
Beaverton, Oregon 97006
Phone: (503) 593-8548
Fax: (503) 214-8001

>*Attorneys for Third-Party Defendants*
>*Hartford Insurance Company, New*
>*England Reinsurance Corporation, and*
>*Twin City Fire Insurance Company*

Mark D. Paulson
Email: mpaulson@clausen.com
Phone: (312) 606-7751
Amy Rich Paulus
Email: apaulus@clausen.com
Phone: (312) 606-7848
Clausen Miller P.C.
10 South LaSalle Street
Chicago, Illinois 60603
Fax: (312) 606-7777

>*Attorneys for Third-Party Defendant Old*
>*Republic Insurance Company*

Peter J. Mintzer
Email: pmintzer@selmanlaw.com
Justin S. Landreth
Email: jlandreth@selmanbreitman.com
Selman Breitman LLP
500 Union Street, Suite 645
Seattle, WA 98101
Phone: (206) 447-6461
Fax: (206) 223-4021

>*Attorney for Third-Party Defendant*
>*Federal Insurance Company*

**CERTIFICATE OF SERVICE**                                        **Page 3**

Christopher A. Rycewicz
Email: christopher.rycewicz@millernash.com
Hong N. Huynh
Email: hong.huynh@millernash.com
Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204-3699
Phone: (503) 224-5858
Fax: (503) 224-0155

    *Attorneys for Defendants and Third-Party*
*Plaintiffs The Marine Group, LLC,*
*Northwest Marine, Inc., Northwest Marine*
*Iron Works, and Third-Party Plaintiff BAE*
*Systems San Diego Ship Repair, Inc.*

Gary V. Abbott
Email:  gabbott@abbott-law.com
Abbott Law Group, P.C.
215 S.W. Washington Street, Suite 300
Portland, Oregon  97204
Phone:  (503) 595-9510
Fax:  (503) 595-9519

    *Attorneys for Third-Party Defendant*
*American Centennial Insurance*
*Company*

Jay W. Beattie
Email:  jbeattie@lindsayhart.com
Lindsay, Hart, Neil & Weigler, LLP
1300 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97201-5640
Phone:  (503) 226-7677
Fax:  (503) 226-7697

    *Attorney for Intervenor Argonaut*
*Insurance Company*

C. Kent Roberts
Email:  ckroberts@schwabe.com
Brien J. Flanagan
Email:  bflanagan@schwabe.com
Anna Helton
Email: ahelton@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 S.W. Fifth Avenue, Suite 1900
Portland, Oregon  97204
Phone:  (503) 222-9981
Fax:  (503) 796-2900

    *Attorneys for Third-Party Defendant*
*Water Quality Insurance Syndicate*

John M. Woods
Email:  john.woods@clydeco.us
George Cornell
Email:  george.cornell@clydeco.us
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Phone: (212) 710-3900
Fax: (212) 710-3950

    *Attorneys for Third-Party Defendant*
*Water Quality Insurance Syndicate*

Jeffrey V. Hill
Email:  jhill@hill-lamb.com
Hill & Lamb LLP
Attorneys at Law
1000 S.W. Broadway, Suite 1780
Portland, Oregon  97205
Phone:  (503) 417-1104
Fax:  (971) 373-8801

    *Attorney for Intervenor Argonaut*
*Insurance Company*

**CERTIFICATE OF SERVICE**                                             **Page 4**

Edward B. Parks, II
Email:  eparks@goodwin.com
Michele L. Backus
Email:  mbackus@goodwin.com
James P. Ruggeri
Email:  jruggeri@goodwin.com
Gregory L. Mokodean
Email:  gmokodean@goodwin.com
SHIPMAN & GOODWIN, LLP
1875 K Street, N.W., Suite 600
Washington, DC 20006-4305
Telephone: (202) 469-7750
Facsimile: (202) 469-7751

> *Attorneys for Third-Party Defendants*
> *Agricultural Insurance Company and*
> *Agricultural Excess and Surplus*
> *Insurance Company*

I further certify that on the date noted below, I hand-delivered a copy of the same on the

Clerk of the Court at the Mark O. Hatfield United States Courthouse, Portland, Oregon.

DATED this 6th day of October, 2015.

> /s/ Thomas A. Gordon
> Thomas A. Gordon, OSB No. 741172
> tgordon@gordon-polscer.com
> Andrew S. Moses, OSB No. 983009
> amoses@gordon-polscer.com
> Gordon & Polscer, L.L.C.
> 9755 S.W. Barnes Road, Suite 650
> Portland, OR 97225
> Phone: (503) 242-2922
> Fax: (503) 242-1264
>
> *Attorneys for Defendant St. Paul Fire and*
> *Marine Insurance Company*

**CERTIFICATE OF SERVICE**                                          **Page 5**