Jeffrey V. Hill, OSB NO: 812653
Email: jhill@hill-lamb.com
Hill & Lamb LLP
1000 SW Broadway, Suite 1780
Portland, OR 97205
PH: 503-417-1104
503-680-1860 (cell)
FX: 971-373-8801

**Jay W. Beattie**, OSB #871631
Email: jbeattie@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
PH: 503-226-7677
FX: 503-226-7697

Michael D. Compean, Admitted *Pro Hac Vice*
Email: mcompean@blackcompeanhall.com
Black, Compean & Hall, LLP
700 South Flower Street
Ste 3350
Los Angeles, CA 90017
PH: 213-629-9500
FX: 213-629-4868

Attorneys for Third-Party Defendant Argonaut Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive | Case No. 08-CV-01375-AC<br><br>ORDER GRANTING ARGONAUT INSURANCE COMPANY'S FED. R. CIV. P. 41(a)(2) UNOPPOSED MOTION TO DISMISS COUNTER-CLAIMS AGAINST AMERICAN MANUFACTURER'S MUTUAL INSURANCE COMPANY |

{01060881;2}Page 1 – ORDER GRANTING ARGONAUT INSURANCE COMPANY'S FED. R. CIV. P. 41(A)(2) UNOPPOSED MOTION TO DISMISS COUNTER-CLAIMS AGAINST AMERICAN MANUFACTURER'S MUTUAL INSURANCE COMPANY proposed order unopposed motion to dismiss counter-claims (01060881-2x9d063).docx

Oregon corporation, as affiliated with
NORTHWEST MARINE IRON WORKS, an
inactive Oregon corporation,

        Defendants

THE MARINE GROUP, LLC, a California limited
liability company, as affiliated with
NORTHWEST MARINE, INC., an inactive
Oregon corporation, as affiliated with
NORTHWEST MARINE IRON WORKS, an
inactive Oregon corporation; and BAE SAN
DIEGO SHIP REPAIR, INC., a California
corporation,

        Third-Party Plaintiffs

    v.

AGRICULTURE INSURANCE COMPANY, and
AGRICULTURAL SURPLUS AND EXCESS
COMPANY, each an Ohio corporation;
AMERICAN CENTENNIAL INSURANCE
COMPANY, a Delaware corporation; CHICAGO
INSURANCE COMPANY, an Illinois corporation;
CONTINENTAL INSURANCE COMPANY, a
Pennsylvania corporation; EMPLOYERS
MUTUAL CASUALTY COMPANY, an Iowa
corporation; FEDERAL INSURANCE
COMPANY, an Indiana corporation; GRANITE
STATE INSURANCE COMPANY, a Pennsylvania
corporation; HARTFORD FIRE INSURANCE
COMPANY, a Connecticut corporation;
INDUSTRIAL INDEMNITY COMPANY, a
Delaware corporation; INSURANCE COMPANY
OF THE STATE OF PENNSYLVANIA, a New
Jersey corporation; INSURANCE COMPANY OF
NORTH AMERICA, a Pennsylvania corporation;
CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, and CERTAIN LONDON MARKET
INSURANCE COMPANIES, each a foreign
corporation; NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
P.A., a Pennsylvania corporation; NEW
ENGLAND REINSURANCE CORPORATION, a
Connecticut corporation; OLD REPUBLIC
INSURANCE COMPANY, an Illinois corporation;
PACIFIC MUTUAL MARINE OFFICE INC., a

{01060881;2}Page 2 – ORDER GRANTING ARGONAUT
INSURANCE COMPANY'S FED. R. CIV. P. 41(A)(2)
UNOPPOSED MOTION TO DISMISS COUNTER-CLAIMS
AGAINST AMERICAN MANUFACTURER'S MUTUAL
INSURANCE COMPANY proposed order unopposed motion
to dismiss counter-claims (01060881-2x9d063).docx

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

New York corporation; ROYAL INDEMNITY
COMPANY, a Delaware corporation; ST. PAUL
FIRE AND MARINE INSURANCE COMPANY, a
Minnesota corporation; TWIN CITY FIRE
INSURANCE COMPANY, an Indiana corporation;
WATER QUALITY INSURANCE SYNDICATE,
a syndicate of foreign corporations; WEST COAST
MARINE MANAGERS, INC., a New York
corporation; and JOHN DOE INSURANCE
COMPANIES,

    Third-Party Defendants.

Based on the unopposed motion of Third-Party Defendant Argonaut Insurance Company ("Argonaut") to dismiss its cross-claim against Third-Party Defendant American Manufacturer's Mutual Insurance Company, an Illinois Company in liquidation ("AMMI") pursuant to Fed R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED that Argonaut's cross-claims against AMMI are dismissed without prejudice and without cost to any party.

Dated this 19th day of October, 2015.

_____
Magistrate Judge John V. Acosta

{01060881;2}Page 3 – ORDER GRANTING ARGONAUT
INSURANCE COMPANY'S FED. R. CIV. P. 41(A)(2)
UNOPPOSED MOTION TO DISMISS COUNTER-CLAIMS
AGAINST AMERICAN MANUFACTURER'S MUTUAL
INSURANCE COMPANY proposed order unopposed motion
to dismiss counter-claims (01060881-2x9d063).docx

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697