UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with Northwest Marine, Inc.; NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with Northwest Marine Iron Works; NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation,<br><br>Defendants.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with Northwest Marine, Inc.; NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with Northwest Marine Iron Works; NORTHWEST | Case No.: 3:08-CV-1375-AC<br><br>ORDER GRANTING DEFENDANTS AND THIRD-PARTY PLAINTIFFS THE MARINE GROUP, LLC, NORTHWEST MARINE, INC., AND NORTHWEST MARINE IRON WORKS, AND THIRD-PARTY PLAINTIFF BAE SYSTEMS SAN DIEGO SHIP REPAIR, INC.'S FED. R. CIV. P. 41(a)(2) UNOPPOSED MOTION TO DISMISS CLAIMS AGAINST AMERICAN MANUFACTURER'S MUTUAL INSURANCE COMPANY |

Page 1 - ORDER                                                                                              {SIB}

MARINE IRON WORKS, an inactive Oregon corporation; and BAE SAN DIEGO SHIP REPAIR, INC., a California corporation,

        Third-Party Plaintiffs,

    v

AGRICULTURAL INSURANCE COMPANY and AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, each an Ohio corporation; AMERICAN CENTENNIAL INSURANCE COMPANY, a Delaware corporation; CHICAGO INSURANCE COMPANY, an Illinois corporation; CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; HARTFORD INSURANCE COMPANY, a Connecticut corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a New Jersey corporation; INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES, each a foreign corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NEW ENGLAND REINSURANCE COMPANY, a Connecticut corporation; OLD REPUBLIC INSURANCE COMPANY, an Illinois corporation; PACIFIC MUTUAL MARINE OFFICE INC., a New York corporation; RELIANCE INSURANCE COMPANY, a Pennsylvania corporation; ROYAL

INDEMNITY COMPANY, a Delaware
corporation; ST. PAUL FIRE & MARINE
INSURANCE COMPANY, individually
and as successor to ST. PAUL MERCURY
INDEMNITY COMPANY, a Minnesota
corporation; TWIN CITY FIRE
INSURANCE COMPANY, an Indiana
corporation; WATER QUALITY
INSURANCE SYNDICATE, a syndicate
of foreign corporations; WEST COAST
MARINE MANAGERS, INC., a New York
corporation; AMERICAN MANUFACTURER'S
MUTUAL INSURANCE COMPANY, an
Illinois corporation; DANIELSON
NATIONAL INSURANCE COMPANY,
successor to MISSION NATIONAL
INSURANCE COMPANY, a California
corporation; FM GLOBAL INSURANCE
AGENCY, successor to ARKWRIGHT
BOSTON MANUFACTURER'S MUTUAL
INSURANCE COMPANY, a Delaware
corporation; STERLING CASUALTY
INSURANCE COMPANY, successor to
NATIONAL AUTOMOBILE AND
CASUALTY COMPANY, a California
corporation; and JOHN DOE INSURANCE
COMPANIES,

      Third-Party Defendants.

---

ACOSTA, Magistrate Judge:

  Based on the unopposed motion of Defendants and Third-Party Plaintiffs The Marine Group, LLC, Northwest Marine, Inc., and Northwest Marine Iron Work and Third-Party Plaintiff BAE Systems San Diego Ship Repair, Inc. ("Third-Party Plaintiffs") to dismiss their claims against Third-Party Defendant American Manufacturer's Mutual Insurance Company, an Illinois Company in liquidation ("AMMI") pursuant to Fed. R. Civ. P. 41(a)(2):

Page 3 - ORDER                                           *{SIB}*

IT IS HEREBY ORDERED that Third-Party Plaintiffs' claims against AMMI are dismissed without prejudice and without cost to any party.

DATED this 23rd day of October, 2015.

JOHN V. ACOSTA
United States Magistrate Judge