**Christopher A. Rycewicz**, OSB No. 862755
crycewicz@nwresourcelaw.com
**David O. Bechtold**, OSB No. 133019
dbechtold@nwresourcelaw.com
NORTHWEST RESOURCE LAW PLLC
1000 SW Broadway, Suite 2300
Portland, OR 97205
Telephone: 503.664.3582

    Attorneys for Defendants and Third-Party
    Plaintiffs, The Marine Group, LLC,
    Northwest Marine, Inc., Northwest Marine
    Iron Works, and Third-Party Plaintiff BAE
    Systems San Diego Ship Repair, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE MARINE GROUP, LLC, a California limited liability company, as affiliated with NORTHWEST MARINE, INC., an inactive Oregon corporation, as affiliated with NORTHWEST MARINE IRON WORKS, an inactive Oregon corporation,<br><br>    Defendants. | CV No. 3:08-CV-01375-AC<br><br>ORDER OF DISMISSAL |

THE MARINE GROUP, LLC, a California
limited liability company, as affiliated with
NORTHWEST MARINE, INC., an
inactive Oregon corporation, as affiliated
with NORTHWEST MARINE IRON
WORKS, an inactive Oregon corporation;
and BAE SYSTEMS SAN DIEGO SHIP
REPAIR, INC., a California corporation,

    Third-Party Plaintiffs,

 v.

AGRICULTURAL INSURANCE
COMPANY, and AGRICULTURAL
EXCESS AND SURPLUS INSURANCE
COMPANY, each an Ohio corporation;
AMERICAN CENTENNIAL
INSURANCE COMPANY, a Delaware
corporation; CHICAGO INSURANCE
COMPANY, an Illinois corporation;
CONTINENTAL INSURANCE
COMPANY, a Pennsylvania corporation;
EMPLOYERS MUTUAL CASUALTY
COMPANY, an Iowa corporation;
FEDERAL INSURANCE COMPANY, an
Indiana corporation; GRANITE STATE
INSURANCE COMPANY, a Pennsylvania
corporation; HARTFORD FIRE
INSURANCE COMPANY, a Connecticut
corporation; INDUSTRIAL INDEMNITY
COMPANY, a Delaware corporation;
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, a New
Jersey corporation; INSURANCE
COMPANY OF NORTH AMERICA, a
Pennsylvania corporation; CERTAIN
UNDERWRITERS AT LLOYD'S,
LONDON, and CERTAIN LONDON
MARKET INSURANCE COMPANIES,
each a foreign corporation; NATIONAL
UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, a Pennsylvania

NORTHWEST RESOURCE LAW PLLC
1000 SW Broadway, Suite 2300
Portland, OR 97205
503.664.3582

corporation; NEW ENGLAND REINSURANCE CORPORATION, a Connecticut corporation; OLD REPUBLIC INSURANCE COMPANY, an Illinois corporation;; ROYAL INDEMNITY COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, individually and as successor to ST. PAUL MERCURY INDEMNITY COMPANY, a Minnesota corporation; TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; WATER QUALITY INSURANCE SYNDICATE, a syndicate of foreign corporations; WEST COAST MARINE MANAGERS, INC., a New York corporation,

           Third-Party Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), defendants and third-party plaintiffs' Motion for Voluntary Dismissal.

THEREFORE, all claims brought by The Marine Group, LLC, Northwest Marine, Inc., and Northwest Marine Iron Works, and third party plaintiff BAE Systems San Diego Ship Repair, Inc. ("TPPs"), are dismissed without prejudice and without costs or fees to any party against West Coast Marine Managers ("WCMM"). This Dismissal does not affect the claims of any other party to the above captioned litigation. No party is awarded any fees or costs in association with this order.

DATED this 3rd day of July, 2019.

_____
Hon. John V. Acosta

*Presented by:*

NORTHWEST RESOURCE LAW PLLC

*s/ Christopher A. Rycewicz*
Christopher A. Rycewicz, OSB No. 862755
crycewicz@nwresourcelaw.com
David O. Bechtold, OSB No. 133019
dbechtold@nwresourcelaw.com
Phone: 503.664.3582
*Attorneys for Defendants and Third-Party Plaintiffs The Marine Group, LLC, Northwest Marine, Inc., Northwest Marine Iron Works, and Third-Party Plaintiff BAE Systems San Diego Ship Repair, Inc.*

ORDER OF DISMISSAL -- 4

**NORTHWEST RESOURCE LAW PLLC**
1000 SW Broadway, Suite 2300
Portland, OR 97205
503.664.3582